IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| JAYNE SWINFORD, | | * |
| | Plaintiff, | * |
| v. | | Case No.  3:21-cv-90 (CAR) |
| | | * |
| JOSHUA SANTOS; CHARLES BIDINGER; | | |
| ROGER WILLIAMS, JR.; JONATHAN | | * |
| MCILVANE; RICHARD LEDER; CLAUDE | | |
| JOHNSON; CHIEF CLEVELAND SPRUILL; | | * |
| ATHENS-CLARKE COUNTY, GEORGIA, | | |
| | Defendants. | |

_____

### **J U D G M E N T**

Pursuant to this Court's Order dated March 31, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants.  Plaintiff shall recover nothing of Defendants.  Defendants shall also recover costs of this action.

This 1st day of April, 2022.

David W. Bunt, Clerk


s/ Gail G. Sellers, Deputy Clerk