# EXHIBIT B – COSTS OF MAKING COPIES OF MATERIALS NECESSARILY OBTAINED FOR USE IN THE CASE



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:EIN ▮▮▮▮▮

http://www.fmglaw.com

October 22, 2021

Brit Global Specialty USA
161 N Clark St Ste 2900
Chicago IL  60601-3349

**Attention:**

| | |
|---|---|
| Client: | 7517 |
| Payer: | 7517 |
| Matter: | 094212 |
| Invoice #: | 9160046929 |
| Resp. Atty: | SSC |
| Page No: | 1 |

**RE:** Thomas Swinford (deceased) v. Athens Clarke County Sheriffs Office, Charles Jonah Bidinger, Claude Johnson, Jonathan Lee McIlvaine, Joshua Santos, Richard Alexander Leder, Robert Schulte, Rover Oliver Williams, Scott Starr, William Greenlow - Pre-Suit

**Claim Number:**          19G98J605793

For Professional Services Rendered Through September 30, 2021

| | |
|---|---|
| Total Services | ▮▮▮▮ |
| Total Disbursements | $30.00 |
| **Total** | ▮▮▮▮ |
| **Current Invoice Amount** | ▮▮▮▮ |
| **Total Outstanding Balance** | ▮▮▮▮ |
| **Retainer Balance** | ▮▮▮▮ |

**Remittance Advice**

Payment is due within 10 days of receipt a finance charge of 1.5% may apply if payment is not received timely.

**Check Payable To:**

Freeman Mathis & Gary, LLP
Attn: Accounts Receivable
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948

**Credit Card:**

Pay Online at www.fmglaw.com
We accept VISA, MasterCard. Discover and American Express.

**ACH and Wire Payments:**

Receiving Bank: Synovus Bank
Receiving Bank ABA Routing Number: ▮▮▮▮
Beneficiary's Name: Freeman Mathis & Gary, LLP
                    100 Galleria Parkway Suite 1600
                    Atlanta, Georgia30339-5948
Beneficiary's Account Number:▮▮▮▮

**Matter #;**     094212

Please return this remittance page with your payment Thank you.



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:EIN ████

http://www.fmglaw.com

October 22, 2021

Brit Global Specialty USA
161 N Clark St Ste 2900
Chicago IL  60601-3349
**Attention:**

| | |
|---|---|
| Client: | 7517 |
| Payer: | 7517 |
| Matter: | 094212 |
| Invoice #: | 9160046929 |
| Resp. Atty: | SSC |
| Page No: | 2 |

**RE:** Thomas Swinford (deceased) v. Athens Clarke County Sheriffs Office, Charles Jonah Bidinger, Claude Johnson, Jonathan Lee McIlvaine, Joshua Santos, Richard Alexander Leder, Robert Schulte, Rover Oliver Williams, Scott Starr, William Greenlow - Pre-Suit

**Claim Number:**       19G98J605793

For Professional Services Rendered Through September 30, 2021

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ██ | █ | ████████ | █ | █ | █ |
| ██ | █ | ████████ | █ | █ | █ |
| ██ | █ | ████████ | █ | █ | █ |
| ██ | █ | ████████ | █ | █ | █ |
| ██ | █ | ████████ | █ | █ | █ |
| ██ | █ | ████████ | █ | █ | █ |



Freeman Mathis & Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta GA  30339-5948
(770) 818-0000
Federal Tax ID:EIN ███████

http://www.fmglaw.com

October 22, 2021

Brit Global Specialty USA
161 N Clark St Ste 2900
Chicago IL  60601-3349
**Attention:**

| | |
|---|---|
| Client: | 7517 |
| Payer: | 7517 |
| Matter: | 094212 |
| Invoice #: | 9160046929 |
| Resp. Atty: | SSC |
| Page No: | 3 |

| | |
|---|---|
| Total Hours : | ███ |
| Total Professional Services | ████ |
| **Total Professional Services Due** | ████ |

## PERSON RECAP

| Person | Name | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SEB | Sara Brochstein | Partner | ██ | ███ | ███ |
| SSC | Sun Choy | Partner | ██ | ███ | ███ |

## DISBURSEMENT

| Date | Description | Amount |
|---|---|---|
| 09/15/2021 | Fmglaw Downloaded and created clip from police body cam footage requested by Farah Finley and Sara Brochstein Billable - Litigation Support | $30.00 |
| | **Total** | **$30.00** |