IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| JAYNE' SWINFORD,<br><br>   Plaintiff,<br><br>vs.<br><br>JOSHUA SANTOS, CHARLES BIDINGER, ROGER WILLIAMS, JR., JONATHAN MCILVAINE, RICHARD LEDER, CLAUDE JOHNSON, WILLIAM GREENLOW, CHIEF CLEVELAND SPRUILL, ATHENS-CLARKE COUNTY, GEORGIA<br><br>   Defendants. | 3:21-CV-00090-CAR |

## PLAINTIFF'S MOTION FOR RECONSIDERATION

Plaintiff shows that reconsideration and relief from the Court's Judgment is warranted pursuant to Rule 59(e) on grounds of manifest error of law and facts and newly discovery evidence. In support of her motion, Plaintiff relies on the arguments, citations to authority, exhibits presented in the accompanying memorandum of law, and the Record. For the reasons more fully set forth in the accompanying memorandum, Plaintiff's motion should be granted, and this Court should provide Plaintiff relief from its Judgment dismissing Plaintiff's Federal claims with prejudice.

Respectfully submitted this 28th day of April, 2022.

**Baker & Slider, LLC**

/s/ John Hollis Baker, Esq.
**John Hollis Baker, Esq.**
Counsel for Plaintiff
Georgia Bar No. 033797
298 E. Washington St.
Athens, GA 30601
(706) 208-1514
John@Georgialawyerteam.com