# A.

# 911 "PATHWAY" FOR MENTAL HEALTH CALLS

# Recommended Pathway for Mental Health Consumer with Co-Responder (2018)

*Ideal pathways for PMHC in ACC*



Legend

1 PMHC calls 911
2 911 dispatches a team that includes police officer and mental health specialist (e.g., ABHS employee)
3 Police officer transports PMHC to local ABHS 23-hour observation unit
4 PMHC is transported to regional mental health hospital ACC PD; mental health specialist on team is able to order 1013
5 Consumer is bridged to appropriate mental health services (e.g., ABHS outpatient; TAC; etc.)