# B.

# 2016 MENTAL HEALTH PLANNING

ACC Justice and Mental Health Collaborative Planning Initiative | FY 2016

2. We have developed a multidisciplinary team including the Clarke County Police Department, Sherriff's Office, our two area hospitals, the local behavioral health provider, the local court system, and ambulance service.

3. This team has identified specific barriers to be addressed which include: lack of local and state funding support for staff and receiving center operational funding, breakdowns in interdepartmental communication within the context of crisis response, and limited training opportunities for direct responders to individuals in crisis.

4. The assets we do have ultimately come from the interests and willingness of leadership from the team partners to come together and pursue the development of a successful diversion program

5. The team identified several key strategies integral in accomplishing the main objective of diversion and ultimately local cost savings.

The graphic below outlines the planning process that will be implemented to direct local policy decisions:

**ACC JAIL DIVERSION THEORY OF CHANGE**

