# C.

# 2017 JMHC IMPLEMENTATION

U.S. Department of Justice – Bureau of Justice Assistance
Category 3: JMHC Implementation and Expansion: BJA-2017-12123
Athens-Clarke County, GA

justice and behavioral health providers, and proposed recommendations for minimizing barriers at each point of the **Sequential Intercept Map.** Below is a visual representation of the **current flow** of justice involved person in our continuum.



Athens-Clarke County has a wealth of existing programs and services for mental health consumers, including a full array of evidence based treatment interventions; wrap around support programs that include employment assistance, housing programs, and life skills training; free and subsidized health care, and prevention programs. The most ubiquitous gap in our local infrastructure is the **communication barriers** that exist among all agencies/programs, thus resulting in the **confused and duplicative flow** illustrated in the graphic above.

Mitigating, and over time eliminating, communication barriers is imperative. Since the inception of the ACCJPC we have developed **formal MOUs** between behavioral health and justice-related agencies for the purpose of coordinating support and care for justice involved individuals. Additionally, we have expanded **Crisis Intervention Training to 100%** of the sworn officers within our police force. Most recently we were awarded a technical assistance

Case 3:21-cv-00090-CAR   Document 20-4   Filed 04/28/22   Page 3 of 4

U.S. Department of Justice – Bureau of Justice Assistance
Category 3: JMHC Implementation and Expansion: BJA-2017-12123
Athens-Clarke County, GA

grant from the SAMHSA GAINS center that provided a "Train the Trainer" program for 20 individuals to provide a Trauma Informed Care Response to individuals involved with our justice system. We have also submitted a collaborative grant application under the **Second Chance Reentry Program** that, if awarded, will allow us to minimize local barriers along points 3, 4, & 5 of the Sequential Intercept Map and ultimately reduce our recidivism rates.

To put it succinctly, we have begun the conversation with local key players and decision makers. Within this proposal, we intend to address the local barriers associated with **points 1 & 2 on the Sequential Intercept Map** by implementing a **Co-Responder program** that will encompass a partnership between ACC Police Department and Advantage and develop a **Mental Health First Aid** training and outreach program. The newly formed Crisis Intervention Response unit within the ACC PD has been tracking every interaction with a suspected behavioral health consumer for a **three-month span**. These data show **305 encounters with 219 individuals**, both as victims and offenders, averaging 3.4 interactions per day. With the implementation of these two initiatives we intend to place local efforts at the initial intercept of law enforcement to **divert the mentally ill from further penetrating the justice system.**

2. **Project Design and Implementation:**

The overall purpose of this initiative is to successfully divert individuals with mental health disorders from the criminal justice system through the provision of community-based mental health services and advanced training to improve responses for these individuals.

| PROGRAM GOAL | PROGRAM OBJECTIVE |
|---|---|
| 1. Complete planning and implementation of Co-Responder program with ACCPD & Advantage | Formalize the development of MOU, vehicle agreement, policy development, hiring and training of the Co-Responder. |
| 2. Implement education and training initiatives to improve awareness & response to individuals with mental illness | Identify up to 30 behavioral health and criminal justice professionals to become certified MHFA trainers, coordinate onsite training, implement community outreach effort for ongoing MHFA training sessions |

Case 3:21-cv-00090-CAR   Document 20-4   Filed 04/28/22   Page 4 of 4

U.S. Department of Justice – Bureau of Justice Assistance
Category 3: JMHC Implementation and Expansion: BJA-2017-12123
Athens-Clarke County, GA

| | | |
|---|---|---|
| 3. | Increase positive outcomes for mentally ill population | Increase numbers screened for services, referrals for services and reduction of admissions to the jail and hospital emergency rooms. Increase use of community based programming for mental health, substance abuse and other supportive programs in lieu of entering the justice system. |
| 4. | Increase outcomes for ACCPD | Through establishment of Co-responder program ACCPD will reduce repeat calls, time at scene and increase knowledge in mental health practices, including trauma informed care practices. |
| 5. | Perform Comprehensive Program Evaluation | Continue and build on established outcome measurements to ensure program effectiveness, grant compliance and plan for sustainability. Formalize agreement with UGA to perform evaluation. |

Community-based mental health services will take form through the development of a Co-Responder program which will begin with a formalized MOU (See Attachment) between **Advantage and the ACC Police Department**. A licensed Advantage clinician will work within the police department's office space. The Co-Responder's primary responsibility shall be to respond alongside a Law Enforcement (LEO) Officer on calls when mental illness is identified as a factor. In the short term, this outreach provides a **face to face professional assessment** of immediate safety and risk of the individual(s) involved. In the longer term, the Co-Responder can more effectively **provide follow-up and engage** individuals into services to prevent over-utilization of jails and emergency rooms and continued police response.

We anticipate the co-responder's schedule to be **Monday - Friday, 11am-7pm**, based, in part, on the number of mental health related calls relative to the availability of emergency mental health services already existing in the community. The Co-responder shall use a police radio to actively monitor radio traffic throughout the shift. The Co-responder may also be contacted by central communications dispatchers or police officers directly via cell and/or office phone.

**Once a scene is secured** by law enforcement, the Co-responder shall **provide crisis intervention on-scene** with individuals, family, and/or others present as warranted. This may include but is not limited to: de-escalation techniques; assessment of mental status and suicide risk; history and presenting problem; a brief screen; and **referral for assessment and behavioral health services.** Law enforcement personnel will lead the intervention. LEOs will