# D.

# CRISIS INTERVENTION TRAINING BULLETIN

# TRAINING BULLETIN
## ATHENS-CLARKE COUNTY POLICE
### CAREER DEVELOPMENT AND TRAINING UNIT

07/2017                                                                                                   Page 1

## Crisis Intervention Response Unit

The Crisis intervention Response Unit was formed in August 2016. The goals set forth by the unit are to link individuals and their family's to needed resources that may be available to the person suffering from a Mental Health Crisis and intervening before the crisis escalates.

With collaboration between local Mental Health Providers, Hospitals, Benchmark and other Law Enforcement agencies our goal is to reduce the number of contacts between Police and our Mental Health Population. Also to reduce the number of mental health clients in our jail.

The CIRU reviews reports daily looking for people who may be in crisis, or a mental health client who may or may not be severed by local resources. After reaching out to the individual, resources are provided and collaboration between agencies begin.

The CIRU is available currently in the office M-F 8-4, however can be reached after hours via supervisor approval.

The CIRU is available to officers when responding to a mental health type call when time, resources, and follow up is needed. The CIRU currently tries to monitor the radio and communicate with officers when Officers are dispatched to a mental health call. The CIRU also responds to mental health related calls so that Uniform Patrol is not tied up for extended periods of time.

The CIRU has a designated box in I-leads to allow officers to forward reports when they encounter a Mental Health Client. The types of reports that should be sent are ones that include mental health alerts in their name file, mentioned during the encounter with the officer that they are a client of mental health services, or if they mention they have been diagnosed with a mental health disorder.

The CIRU also works with the Alzheimer's Association. The CIRU has seen a need to build this relationship in our community and utilize it as a resource available to our agency and community.




**SUPERVISORS: DISCUSS WITH YOUR PERSONNEL**