# E.

# SPRUILL POINT OF CONTACT CHANGE



# ATHENS-CLARKE COUNTY POLICE DEPARTMENT

3035 Lexington Road Athens, GA 30605
706-613-3330 • 706-613-3860 (FAX)



**Cleveland Spruill, Sr.**
**Chief of Police**

**To:** U.S. Department of Justice

**RE:** Grant Adjustment Request: Change of Programmatic POC
Justice and Mental Health Collaboration Program
2017-MO-BX-0028

To whom it may concern:

This letter is to certify the request that the position of "Programmatic POC" for the purpose of grant 2017-MO-BX-0028 (Justice and Mental Health Collaboration Program) be changed from R. Scott Freeman, to Cleveland L. Spruill, Sr.

Cleveland L. Spruill, Sr. was appointed Chief of the Athens-Clarke County Police Department on February 4, 2019.

Respectfully,

_____              _____
**Beth Morton**                                        **Date**
Budget Specialist
Athens-Clarke County Police Department