# G.

# COMMISSION JMHC HISTORY

THE UNIFIED GOVERNMENT OF ATHENS-CLARKE COUNTY
COMMISSION AGENDA ITEM

**SUBJECT:** Mental Health Collaboration Grant: Approval for Use of Matching Funds

**DATE:** April 24, 2018

**BUDGET INFORMATION:**

| REVENUES: | $300,000 | Justice & Mental Health Collaboration Program (JMHCP) FY17 Implementation & Expansion Grant |

EXPENSES:
  ANNUAL:
  CAPITAL:
  OTHER:    $300,000    JMHCP FY17 Implementation & Expansion Grant
            $75,000     Local Share (Grant Matching Funds)

FUNDING SOURCE:
U.S. Department of Justice's Bureau of Justice Assistance          $300,000
ACCPD Operating Budget                                             $75,000

**COMMISSION ACTION REQUESTED ON:** June 5, 2018

**PURPOSE:**
To request that the Mayor and Commission:
   a) Authorize the use of matching funds ($75,000) in support of the Justice & Mental Health Collaboration Program (JMHCP) FY17 Implementation & Expansion Grant;
   b) Allow for execution of contracts/agreements with all named grant stakeholders consistent with the grant award; and
   c) Authorize the Mayor and appropriate staff to execute all related documents.

**HISTORY:**
1. On February 17, 2015, the U.S. Department of Justice's Bureau of Justice Assistance requested applications for funding under the terms of the FY 2015 Justice and Mental Health Collaboration Program (JMHCP). A collaborative effort among Athens-Clarke County stakeholders in the spring of 2015 resulted in the development of a grant funding proposal towards strategic planning for law enforcement and mental health collaboration.

2. On April 13, 2015, a grant application was submitted by the ACCPD consistent with grant requirements and managerial direction.

3. On September 22, 2015, notice was received that an award of funds was available under the JMHCP in the amount of $149,790.

4. On November 3, 2015, the Mayor and Commission approved the acceptance of the JMHCP funds.

5. Over the course of the 2015 JMHCP grant period (November 2015 – September 2017), data was obtained by project stakeholders concerning the mental health environment of Athens-Clarke County. Such data proved useful in the development of a competitive grant application for funds in support of:
    a) The implementation of targeted mental health and justice system interventions;
    b) Expanded and improved collaboration strategies; and
    c) Improved public safety.

6. On January 18, 2017, the U.S. Department of Justice's Bureau of Justice Assistance requested competitive applications for funding under the terms of the FY 2017 Justice and Mental Health Collaboration Program. Current grant stakeholders began the compilation of materials for a potential continuation of the JMHCP grant under the terms of an implementation and expansion grant.

7. On April 4, 2017, the ACCPD submitted a FY 2017 JMHCP grant application consistent with the implementation and expansion of mental health services in Athens-Clarke County.

8. On May 2, 2017, the Mayor and Commission approved the acceptance of the JMHCP funds (Phase II), if awarded.

9. On September 20, 2017, notice was received that an award of funds was available under the FY 2017 JMHCP in the amount of $300,000, with a requisite match of $75,000. To such an end, funds from the General Fund 2018 and 2019 Budgets are proposed to meet the local funds requirement.

**FACTS & ISSUES:**
1. The FY 2015 JMHCP grant proposal development and data collection process involved stakeholders from local law enforcement, corrections, courts, area hospitals, mental health providers, local emergency transport staff, and the J.W. Fanning Institute, among other key stakeholders.

2. The FY 2015 JMHCP grant allowed for the examination of policies, enhanced interdepartmental communications, and nurtured community support for such efforts concerning mental health services. The initiative has provided a clearly defined plan for increasing crisis response capacity to divert individuals with mental health and co-occurring substance abuse issues from jail. A 2017 JMHCP grant was requested as to assist in the implementation of expanded mental health service capacities.

3. Over the course of the 2015 JMHCP, significant gains were attained in defining the state of mental health services in Athens-Clarke County. Of particular note:

    a) For the period October 2015 through December 2015, approximately 38% of persons booked in the Athens-Clarke County Jail had either addictive or mental health diagnosis. Of such persons, 47% had co-occurring substance abuse and mental health disorders. In addition, 53% of such persons returned to jail at least once within a 12-month period, and 64% had been arrested more than five times.

    b) Over 200 interviews with criminal justice stakeholders and behavioural health providers were conducted to inform the discussion of the current mental health environment and potential system improvements.

    c) Sustained efforts among stakeholders allowed for detailed examinations of barriers to service consistent with the goals of the 2015 JMHCP grant's requisite Project Implementation Guide. Such examinations have also helped to shape future service delivery options.

4. Attention has also been directed toward the use of a co-responder service delivery model in which it is proposed that a licensed clinician will respond alongside an ACCPD officer on calls when mental illness is identified as a factor. In the short term, this outreach provides a face-to-face professional assessment of immediate safety and risk of the individual(s) involved. In the longer term, the co-responder can more effectively provide follow-up and engage individuals into services to prevent overutilization of jails and emergency rooms, and continued police response. To that end, from March 6-8, 2017, JMHCP stakeholders reviewed the co-responder system in use in Johnson County, Kansas as a potential model to adapt as to meet service delivery needs in Athens-Clarke County.

5. Funding in the amount of $300,000 was requested in support of 2017 JMHCP aims. Such funds were requested as to allow for:
    a) Implementation of a co-responder model in conjunction with Advantage Behavior Health Systems;
    b) Establishment of Mental Health First Aid training with community stakeholders;
    c) An increased potential for positive outcomes for mentally ill persons (supportive programs in lieu of entering, or remaining in, the criminal justice system); and
    d) A potential reduction in criminal justice system resources necessary for project aims (reduction in repeat calls, enhanced service delivery, and reduced incarceration).

6. At the time of the 2017 JMHCP application submission, a discrepancy as to the maximum allowable funds for an implementation and expansion grant was discovered within the grant's competitive grant announcement. While the grant's request for applications advised funding awards of up to $300,000 as permissible within the Federal Awards Section, the application checklist indicated a scope limitation of $200,000. Consistent with program needs, an application with $300,000 in requested federal funds, and a match of $83,200 was submitted. The Mayor & Commission Agenda Item of March 29, 2017 neither specified the requisite matching funds, nor the proposed allocation of funding towards each of the programs aspects.

7. Consistent with the grant application, awarded grant funding is proposed in support of:

    a) Partial funding for officer assigned to Mental Health Unit      $23,040
    b) Travel for up to 4 persons to a requisite 4-day conference      $15,144
    c) Police Equipment in support of Mental Health Unit      $4,716
    d) Contracted Co-Responder with Advantage Behavioral Health Systems   $180,000
    e) Mental Health First Aid Trainings as offered by the National Council for Behavioral Health      $31,500
    f) Planning, coordination, facilitation, and implementation services under the direction of UGA's J.W. Fanning Institute for Leadership Development      $36,000
    g) Data collection and evaluation by UGA's School of Social Work      $9,600

8. Federal funds awarded under the grant program are not able to cover more than 80% of the total cost of the funded project (e.g. $300,000). To such an end, the following were proposed to serve as the requisite matching funds:
    a) Partial Funding of existing officer assigned to Mental Health Unit      $43,200
    b) Acquisition of one vehicle in support of Mental Health Unit, inclusive of vehicle equipment in support of the Mental Health Co-Responders.      $40,000

9. Since the grant's initial application and acceptance, the grant match has been reduced from $83,200 to $75,000, consistent with grant guidelines. To such an end, the following are proposed to serve as the requisite matching funds:
    a) Partial Funding of existing officer assigned to Mental Health Unit      $35,000
    b) Acquisition of one vehicle in support of Mental Health Unit, inclusive of vehicle equipment in support of the Mental Health Co-Responders.      $40,000

10. The recommendation supports the following FY18 Mayor and Commission Strategic Commitments, Directions, and Actions:
**Safe and Prepared Community**
- Protect lives, property, and the environment by forming partnerships and implementing programs for a safer, more resilient Athens-Clarke County.
- Pursue preventative, versus reactive, approaches to the public's safety.

---

**OPTIONS:**
1. Mayor and Commission:
    a) Authorize the use of matching funds ($75,000) in support of the Justice & Mental Health Collaboration Program (JMHCP) FY17 Implementation & Expansion Grant;
    b) Allow for execution of contracts/agreements with all named grant stakeholders consistent with the grant award; and
    c) Authorize the Mayor and appropriate staff to execute all related documents.

2. Mayor and Commission deny the Athens-Clarke County Police Department's proposed use of matching funds and named stakeholders.

3. Mayor and Commission defined option.

**DEPARTMENT RECOMMENDED ACTION:**
Option #1: a, b, and c.

**DEPARTMENT:**
Prepared by: Joshua Watkins

_____          05/03/2018
R. Scott Freeman, Ph.D.             Date:

**ADMINISTRATIVE COMMENTS:**

**ADMINISTRATIVE RECOMMENDATION:** Option #1 a, b & c

_____          May 9, 2018
Manager                             Date: