# AFFIDAVIT OF EXPERT WITNESS

**AFFIDAVIT OF WILLIAM HARMENING**

William Harmening, who, after being duly sworn, deposes and says on his personal knowledge that the facts contained herein are true and correct:

1.

I am over twenty-one (21) years of age, of sound mind, capable of making this Affidavit and personally acquainted with the facts herein stated.

2.

I was retained by Plaintiff to provide a "Rule 26 Expert's Report" based on an independent analysis of the use of force by Defendants against Thomas Swinford on March 8, 2019.

3.

The facts cited in my report were taken from the following ACCPD open records:

    a)      Autopsy of Thomas Swinford;

    b)      GBI case summary with all attachments;

    c)      4 separate crime lab reports;

    d)      GBI interviews of Officers involved;

e)    Evidence receipts and chain-of-custody documents;

f)    ACCPD Policies;

g)    ACCPD internal Use of Force Review;

4.

The facts cited in my report were taken from the open records of "all officer body cam videos." In particular, the following body cam videos provide the view of each Officer who shot Swinford on March 8, 2019, which must be analyzed separately in regard to the use of force. It is not possible to analyze each Officer's use of lethal force upon Swinford, including the number of shots taken by each Officer <u>after</u> Swinford was on the ground, incapacitated, with the BB gun was far out of his reach, without a review of the following videos:

a.    Officer Johnson, Body Cam X83057051

- @ 27:17 1st shot taken after Swinford was already collapsing from Mcilvaine's shot

- @ 27:19 2nd shot taken after Swinford was face-down

- @ 27:25 "gun is right there in front of him"

- @ 28:00 gun is shown far out of Swinford's reach

- @ 37:36 "we probably should not have shot him"

b.    Officer Williams, X83071198

- @ 24 sec.:  3 shots taken while Swinford on the ground-

c.    Officer Mcilvaine, X83067603

- @ 31:27:  two shots (stopped shooting when Swinford fell)

d.    Officer Greenlow, X83053964

- @ 15:27:  3 shots taken with Swinford on the ground

e.    Officer Bidinger, X83074606

- @ 29:07:  all 3 shots taken with Swinford on the ground

f.    Cpl Leder, X83028884

- @ 33:23

g.    Officer Santos, X83042984

- @ 29:39:  2 shots taken with Swinford on the ground

See video files attached hereto and adopted as Exhibit "A"

5.

The 4 bodycam videos submitted to the Court by Defendants **do not** depict what I referred to in my Report as "all videos."

6.

Except for the number of shots that were fired after Swinford was down, Officer McIlvaine's video at 31:27 is consistent with his statement to ACCPD internal affairs, as follows:

> *Sgt. McIlvaine only remembers feeling recoil once. Thomas Swinford "dropped." Stg. McIlvaine heard a small amount of **additional gunfire**, he estimated three to four shots. Sgt. Mcilvaine observed the pistol was four to five feet away from Thomas Swinford's arms; he did not appear to be reaching for the gun.*

Use of Force Review by ACCPD Office of Professional Responsibility: p. 14

7.

As particularized in my Report, the use of lethal force after Swinford was "dropped" and the BB gun was out of his reach, consisting of **12 additional shots,** was gratuitous, unreasonable, and excessive because Swinford was fully subdued and posed no threat that could reasonably support the use of lethal force.

8.

Officer Greenlow's video was crucial to my Report because it recorded his

act of firing upon Swinford without awareness of the location of other officers. Under those circumstances, Greenlow had no way to know whether Swinford was even pointing the BB gun at anyone.    **It is also clear from Greenlow's video that he fired 3 of his 4 shots after Swinford was already subdued on the ground in the absence of any reason to deploy lethal force whatsoever.**

FURTHER AFFIANT SAYETH NOT.

_____  4-14-22

William Harmening        Date

Sworn to and Subscribed before me

this 14th day of April, 2022.

_____

Notary Public

State of TN  County of Maury
The foregoing instrument was acknowledged before me
this 14th day of April, 20 22.
by Kenneth Long
                                    Notary Public
My Commission Expires 5/22/2023