# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

JAYNE' SWINFORD,

        Plaintiff,

vs.

JOSHUA SANTOS, CHARLES
BIDINGER, ROGER WILLIAMS, JR.,
JONATHAN MCILVAINE, RICHARD
LEDER, CLAUDE JOHNSON, WILLIAM
GREENLOW, CHIEF CLEVELAND
SPRUILL, ATHENS-CLARKE COUNTY,
GEORGIA

        Defendants.

3:21-CV-00090-CAR

## <u>PLAINTIFF'S NOTICE OF APPEAL</u>

Jayne Swinford, Plaintiff, hereby appeals to the United States Court of Appeals

for the Eleventh Circuit from the final judgment entered on April 1, 2022 and denied

for reconsideration on October 13, 2022.

Respectfully submitted this 28th day of October, 2022.

<u>/s/ John Hollis Baker, Esq.</u>
Georgia Bar No. 033797
john@georgialawyerteam.com
Baker & Slider, LLC
298 E. Washington St.
Athens, GA 30601
Phone: 706-208-1514
*Counsel for Jayne Swinford*

1

## CERTIFICATE OF COMPLIANCE

Pursuant to N.D. Ga. Local Rule 5.1(C), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

Respectfully submitted this 28th day of October, 2022.

/s/ John Hollis Baker, Esq.
Georgia Bar No. 033797
john@georgialawyerteam.com
Baker & Slider, LLC
298 E. Washington St.
Athens, GA 30601
Phone: 706-208-1514
*Counsel for Jayne Swinford*

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that I have this day electronically filed the foregoing

Notice of Appeal with the Clerk of the Court using the CM/ECF system,

which will automatically send notification of such filing to all counsel of

record.

Respectfully submitted this 28 day of October, 2022.

<u>/s/ John Hollis Baker, Esq.</u>
Georgia Bar No. 033797
john@georgialawyerteam.com
Baker & Slider, LLC
298 E. Washington St.
Athens, GA 30601
Phone: 706-208-1514
*Counsel for Jayne Swinford*